AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Angelique Vazquez, on behalf of herself and others similarly situated, | ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No. 1:24-cv-3811 |
| Montefiore Health System Inc., Montefiore Mount Vernon Hospital, and Gary Ishkanian | ) ) ) ) ) ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Montefiore Health System, Inc.
    111 East 210 Street
    New York, New York 10467

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    William Brown, Esq.
    Brown Kwon & Lam, LLP
    521 5th Avenue, 17th Floor
    New York, New York 10175

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 05/17/2024     /S/ V. BRAHIMI
    *Signature of Clerk or Deputy Clerk*

