# Littler

Littler Mendelson P.C.
900 Third Avenue
New York, New York 10022

Kevin Yam
212.583.2674 direct
213.443.4300 main
kyam@littler.com

October 22, 2024

**VIA ECF**

The Honorable Kenneth M. Karas, U.S.D.J.
United States District Court
300 Quarropas Street, Chambers 533
White Plains, NY 10601

Re:   *Angelique Vazquez v. Montefiore Health Systems, Inc., et al.*
      **Case No. 7:24-cv-03811-KMK**

Dear Judge Karas:

Our office represents Defendants Montefiore Health Systems Inc. ("Montefiore") and Montefiore Mount Vernon Hospital ("Mount Vernon," collectively "Defendants") with respect to the above-captioned matter. In accordance with your Honor's Individual Rules of Practice, Section II. A. and C., we write, to respectfully request that the Parties' deadline to file the Settlement Agreement with this Court be extended by two weeks from October 22, 2024 to November 5, 2024. The Parties have been diligently working together to prepare the Settlement Agreement; however, additional time is necessary to finalize the terms and conditions of the same.

Per your Honor's Individual Rules of Practice, the Parties represent the following:

(1)   The original date (i.e., deadline) to file the Settlement Agreement is October 22, 2024. *See* ECF No. 28.

(2)   The Parties have not made any previous request for extensions to the deadline to submit the Settlement Agreement.

(3)   Since no previous requests have been made, there has been no prior granting or denial of the same.

(4)   Plaintiff Angelique Vazquez consents to this extension request.

(5)   The Parties request that the current deadline to file the Settlement Agreement be extended by two weeks to November 5, 2024.

littler.com

The Honorable Kenneth M. Karas, U.S.D.J.
October 22, 2024
Page 2

We thank the Court for its patience and assistance in this matter.

Respectfully,

*/s/ Kevin Yam*

Kevin Yam

cc: All Parties via ECF

Granted.

SO ORDERED:
HON. KENNETH M. KARAS U.S.D.J.
10/23/2024

littler.com