

Littler Mendelson P.C.
900 Third Avenue
New York, New York 10022

Kevin Yam
212.583.2674 direct
213.443.4300 main
kyam@littler.com

November 5, 2024

**VIA ECF**

The Honorable Kenneth M. Karas, U.S.D.J.
United States District Court
300 Quarropas Street, Chambers 533
White Plain, NY 10601

Re:   *Angelique Vazquez v. Montefiore Health Systems, Inc., et al.*
      **Case No. 7:24-cv-03811-KMK**

Dear Judge Karas:

Our office represents Defendants Montefiore Health Systems Inc. ("Montefiore") and Montefiore Mount Vernon Hospital ("Mount Vernon," collectively "Defendants") with respect to the above-captioned matter. In accordance with your Honor's Individual Rules of Practice, Section II. A. and C., we write, to respectfully request that the Parties' deadline to file the Settlement Agreement with this Court be extended for ten days from November 5, 2024 to November 15, 2024. The Parties have been working to finalize the Settlement Agreement, however, additional time is needed to do so.

Per your Honor's Individual Rules of Practice, the Parties represent the following:

(1)   The current deadline to file the Settlement Agreement is November 5, 2024. *See* ECF No. 30.

(2)   The Parties have made one previous request for extension to the deadline to submit the Settlement Agreement. Thus, this is the second request.

(3)   The Court granted the parties' initial request. *See* ECF No. 30.

(4)   Plaintiff Angelique Vazquez consents to this extension request.

(5)   The Parties request that the current deadline to file the Settlement Agreement be extended to November 15, 2024.

littler.com

We thank the Court for its patience and assistance in this matter.

Respectfully,

/s/ Kevin Yam

Kevin Yam

cc: All Parties via ECF

Granted.

So Ordered.

11/6/24