

Littler Mendelson P.C.
900 Third Avenue
New York, New York 10022

Kevin Yam
212.583.2674 direct
213.443.4300 main
kyam@littler.com

November 15, 2024

**VIA ECF**

The Honorable Kenneth M. Karas, U.S.D.J.
United States District Court
300 Quarropas Street, Chambers 533
White Plain, NY 10601

Re:  *Angelique Vazquez v. Montefiore Health Systems, Inc., et al.*
Case No. 7:24-cv-03811-KMK

Dear Judge Karas:

Our office represents Defendants Montefiore Health System Inc and Montefiore Mount Vernon Hospital collectively "Defendants") with respect to the above-captioned matter. In accordance with your Honor's Individual Rules of Practice, Section II. A. and C., we write to respectfully request that the Parties' deadline to file their motion for settlement approval and supporting exhibits under *Cheeks* (the "*Cheeks* Motion") be extended from November 15, 2024 to November 27, 2024. The Parties have been diligently working together to finalize the *Cheeks* Motion; however, additional time is needed to do so.

Per your Honor's Individual Rules of Practice, the Parties represent the following:

(1)  The current deadline to file the Settlement Agreement is November 15, 2024. *See* ECF No. 32.

(2)  The Parties have made two previous requests for extension to the deadline to submit the Settlement Agreement. Thus, this is the third request.

(3)  The Court granted the parties' previous requests. *See* ECF Nos. 30 and 32.

(4)  Plaintiff Angelique Vazquez consents to this extension request.

(5)  The Parties request that the current deadline to file the Settlement Agreement be extended to November 27, 2024.

littler.com

The Honorable Kenneth M. Karas, U.S.D.J.
November 15, 2024
Page 2

We sincerely thank the Court for its patience, flexibility, and assistance in bringing this matter to a resolution.

Respectfully,

/s/ Kevin Yam
_____
Kevin Yam

cc: All Parties via ECF

Granted.

So Ordered.

[signature]
11/15/24